# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 22, 2014

## NO. 03-13-00637-CV

**EID Corporation, a Texas Corporation, and Mohammed S. Alhajeid, Individually, Appellants**

**v.**

**The State of Texas; The City of Fort Worth, Texas; The Transit Authority of Fort Worth, MTA, Texas; and The Special Purpose District of Fort Worth Crime Control, Texas, Appellees**

### APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE ROSE

This is an appeal from the order signed by the trial court on August 26, 2013. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.